```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 17 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Valentin Tapia, *et al.*,

        Plaintiffs,

–v–

BLCH 3rd Ave. LLC, *et al.*,

        Defendant.

14-cv-8529 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at the initial pretrial conference held today, April 17, 2015, it is hereby ORDERED that:

- Defendants' time to answer or otherwise file an available motion is extended to May 1, 2015;
- The parties shall submit a renewed Case Management Plan by May 1, 2015; and
- Defense counsel shall notice an appearance on ECF by close of business today.

    SO ORDERED.

Dated: April 17, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1