Nitin Kaushik
Kaushik & Associates, PLLC
38 West 32nd Street, Suite 1511
PO Box 20310
New York, NY 10001-0310
Tel: (212) 380-1029
Fax: (212) 656-1013
nkaushik@kaushiklex.com
*Attorney for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**VALENTIN TAPIA, ROMULO RICANO BALDERAS, and EFEMIA CASTILLO, individually** And on behalf of others similarly situated,

                      Plaintiffs,

                      -against-

**BLCH 3RD AVE. LLC (d/b/a BRICK LANE CURRY HOUSE), AJIT BAINS, and SATINDER SHARMA**

                      Defendants.

14-cv-8529 (AJN)

**AFFIRMATION TO WITHDRAW AS COUNSEL OF RECORD**

---

Nitin Kaushik hereby moves this Honorable for the present Motion to Withdraw as Counsel of Record for the Defendants.

1. The attorney for the Defendants submits this Affirmation to the Honorable Court for permission to withdraw as counsel of record for the Defendants.

2. Due to family problem, the attorney for the Defendants is traveling to India. The travel will be extended beyond the trial date currently set for January 11, 2016. The

attorney has considered all the options to try and travel back to attend the trial. However, after considering all the possibilities, it will not be possible for the attorney to attend the trial.

3. The attorney has taken reasonable steps to avoid any foreseeable prejudice to the rights of Defendants.

4. A notice of this affirmation has been provided to the Defendants via email. A copy of the email sent to the Defendants enclosing this affirmation is enclosed with this Affirmation as **EXHIBIT A**.

5. No prejudice will be caused to any party if the Court allows the withdrawal of the attorney.

WHEREFORE, Nitin Kaushik, attorney for the Defendants respectfully prays that the Honorable Court allow the attorney to withdraw as counsel of record for the Defendants.

Dated: December 18, 2015
New York, NY

Nitin Kaushik
Kaushik & Associates, PLLC
Attorneys for Defendants
38 West 32nd Street
Suite 1511
PO Box 20310
New York, NY 10001-0310
T: (212) 380-1029
F: (212) 656-1013
nkaushik@kaushiklex.com

To:

(Via ECF)
Raquel A. Gutierrez
Michael Faillace & Associates
60 East 42nd Street, Suite 2020
New York, NY 10165
(212) 317-1200
*Attorney for Plaintiffs*

(Via Email)
Defendants:
Satinder Sharma
Ajit Bains

## CERTIFICATE OF SERVICE

I, Nitin Kaushik, an attorney duly admitted to in the State of New York, and in this Court, certify that on December 18, 2015 I happen to serve the enclosed Affirmation to Withdraw as Counsel upon the Plaintiffs through their attorney of record via ECF as well as to the Defendants via email.

Dated: December 18, 2015
       New York, NY

_____
Nitin Kaushik

SERVICE LIST:

Raquel A. Gutierrez
Michael Faillace & Associates
60 East 42nd Street, Suite 2020
New York, NY 10165
(212) 317-1200
Email: rgutierrez@faillacelaw.com
*Attorney for Plaintiffs*


Satinder Sharma: sati.sharma@gmail.com

Ajit Bains: ajit.bains@comcast.net