# EXHIBIT A

# Nitin Kaushik

| | |
|---|---|
| **From:** | Nitin Kaushik <nkaushik@kaushiklex.com> |
| **Sent:** | Saturday, December 19, 2015 4:41 AM |
| **To:** | Sati Sharma (sati.sharma@gmail.com); Ajit Bains (ajit.bains@comcast.net) |
| **Subject:** | Affirmation to Withdraw as Counsel of Record |
| **Attachments:** | Affirmation to Withdraw as Counsel of Record.pdf |

Dear Mr. Sharma and Mr. Bains,

Enclosed is the Affirmation to Withdraw as Counsel of Record in Valentin Tapia et al. v. BLCH 3rd AVE. LLC et al., 14-cv-8529 (AJN).

Best Regards,

Nitin Kaushik
*Attorney-at-Law*
*****************************

Kaushiks

38 West 32nd Street
Suite 1511
New York, NY 10001-0310

Tel:    (212) 380-1029
Fax:    (212) 656-1013

This email is CONFIDENTIAL and may contain information protected by attorney-client privilege and is for sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you are not intended recipient and believe that you have received this email in error, (1) kindly notify the sender with a reply message, (2) do not open any attachments, and (3) delete this message immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of a (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*Go Green! Print this email only when necessary. Thank you for helping us be environmentally responsible.*
**********************************