# KAUSHIKS

ATTORNEYS & COUNSELORS AT LAW

December 21, 2015

Judge Alison J. Nathan
Honorable Federal Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 4cv08529 Tapia v. BLCH 3rd Ave.**

Dear Honorable Judge,

    I represent the defendants in the above-noted matter. I submitted an Affirmation to Withdraw as Counsel of Record on December 18, 2015. I spoke to the defendants and informed them of the filing of the Affirmation. I also emailed them a copy of the Affirmation.

    I was informed by the Defendants on late Sunday night (U.S. time) that they have engaged Mr. [Ganesh] Nadi Viswanathan to represent them in this matter. After that I spoke to Mr. Viswanathan and he informed me that he will be filing a Notice of Appearance on behalf of the Defendants today (December 21, 2015).

    Thank you for your kind attention to this matter.

Sincerely,

*Nitin Kaushik*

Nitin Kaushik

38 WEST 32ND STREET, SUITE 1511
NEW YORK, NY 10001-0310
TEL: 212-380-1029 FAX: 212-656-1013
EMAIL: INFO@KAUSHIKLEX.COM