UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
VALENTIN TAPIA,                                        :
ROMULO RICANO BALDERAS,                                :
EUFEMIA CASTILLO, AND                                  :
EUFEMIA CASTILLO                                       :        Docket # 14-cv-08529-AJN
                              Plaintiffs,              :
        -against-                                      :
BLCH 3rd AVE. LLC.                          :        **NOTICE OF APPEARANCE OF**
AJIT BAINS,  AND                                       :        **[GANESH] NADI VISWANATHAN**
SATINDER SHARMA,                                       :
                              Defendants.              :
-----------------------------------------------------X

**FILED VIA ECF**

To the Clerk
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

GREETINGS:

I, [GANESH] NADI VISWANATHAN, of VISWANATHAN ASIA-PACIFIC INTERNATIONAL LAW
PRACTICE, P.C., having its offices at 469 Seventh Ave., Seventh Floor, New York, NY 10018, an attorney
duly admitted to practice before this Honorable Court, hereby enter my appearance in this case on behalf of
all the defendants.

DATED:  NEW YORK, NY                          Respectfully submitted by,
              DECEMBER 20, 2015               Sd/[ganesh] NADI VISWANATHAN/nv251
                                              _____
                                              [GANESH] NADI VISWANATHAN
                                              VISWANATHAN ASIA-PACIFIC
                                                  INTERNATIONAL LAW PRACTICE P
                                              469 Seventh Ave., Seventh Flr.,
                                              NEW YORK, NY 10018
                                              Tel. (646)701-2945; Fax: (646)727-9765
                                              Email: GANESHVNUS@GMAIL.COM

COPY TO:
MICHAEL ANTONIO FAILLACE, ESQ.,/         (VIA ECF)
JOSHUA S. ANDROPHY, ESQ.
RAQUEL AMALIA GUTIERREZ, ESQ.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 2540
New York, NY 10165
faillace@employmentcompliance.com; jandropy@faillacelaw.com; rguttierrez@faillacelaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
VALENTIN TAPIA,                    :
ROMULO RICANO BALDERAS,      :
EUFEMIA CASTILLO, AND         :
EUFEMIA CASTILLO             :     Docket # 14-cv-08529-AJN
                Plaintiffs,    :
    -against-                :
BLCH 3rd AVE. LLC.           :
AJIT BAINS,  AND            :
SATINDER SHARMA,          :
               Defendants.   :
---------------------------------------------------X

---

## NOTICE OF APPEARANCE

---

DATED:  NEW YORK, NY
          DECEMBER 20, 2015

Respectfully submitted by,
Sd/[ganesh] NADI VISWANATHAN/nv251
_____
[GANESH] NADI VISWANATHAN
VISWANATHAN ASIA-PACIFIC
    INTERNATIONAL LAW PRACTICE P
469 Seventh Ave., Seventh Flr.,
NEW YORK, NY 10018
Tel. (646)701-2945; Fax: (646)727-9765
Email: GANESHVNUS@GMAIL.COM