UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VALENTIN TAPIA, ROMULO RICANO
BALDERAS, and EUFEMIA CASTILLO,                    1:14-cv-8529 (AJN)
*individually and on behalf of others similarly situated,*

                               *Plaintiffs*,

      -against-

BLCH 3RD AVE. LLC. (d/b/a BRICK LANE CURRY
HOUSE), AJIT BAINS and SATINDER SHARMA,

                               *Defendants.*

-----------------------------------------------------------------X

## NOTICE OF INTENT TO CROSS-EXAMINE

**PLEASE TAKE NOTICE** that Plaintiffs' attorneys intend to cross-examine all witnesses who are permitted to testify for the Defendants.

    Dated:  New York, New York
              April 1, 2016

                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                      By:  __Raquel A. Gutiérrez_____ ___
                                             Raquel A. Gutiérrez
                                             60 East 42nd Street, Suite 2540
                                             New York, New York 10165
                                             (212) 317-1200
                                             *Attorneys for Plaintiff*

cc:     Ganesh Viswanathan, Esq. (via ECF)