UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VALENTIN TAPIA, ROMULO RICANO
BALDERAS and EUFEMIA CASTILLO,
*individually and on behalf of others similarly
situated,*                                                                1:14-CV-08529 (AJN)

                              *Plaintiffs*,

       -against-

BLCH 3RD AVE. LLC. (d/b/a BRICK LANE
CURRY HOUSE), AJIT BAINS, and
SATINDER SHARMA,

                              *Defendants.*
-------------------------------------------------------X

## MOTION RESPECTFULLY REQUESTING TO EXTEND TIME TO FILE (1) TRIAL DECLARATIONS; (2) FINDINGS OF FACTS & CONCLUSIONS AND (3) MEMORANDUM OF LAW

COMES NOW, [Ganesh] Nadi Viswanathan, counsel for the defendants in the captioned action, and files this Motion respectfully seeking the Order of Hon. Alison J. Nathan, United States District Court Judge, Southern District of New York, and states the following in support of the instant motion under penalty of perjury:

1. I am duly admitted to practice before this Honorable Court.

2. I am the new counsel for the defendants and, as such, am fully aware of the facts and circumstances of the case.

3. Your Kind Honor ordered that the defendants file all the trial documents on or before today, i.e., April 6, 2016.

4. However, I hereby respectfully request your Kind Honor to grant time until Monday, April 11, 2016.  However, the affirmant promises to file all the remaining documents on or much before that date.

5. The reason for this request are multifold:

    a. The undersigned counsel had been having some medical problem, having fallen sick towards the close of February 2016 and has still been making recovery.

    b. In the meantime, several matters before various courts have become due at the same time.  There are matters before this Court, the Eastern District, State courts in various counties, Immigration courts, etc., to just name a few.

    c. I am a solo attorney, working on my own.

    d. The instant matter just came to me in the beginning of January 2016.

    e. Your Kind Honor was kind enough to postpone the trial that was scheduled on or about January 11, 2016 and then grant time to conduct the discovery.

    f. Though I had served the discovery, no new materials came from the opposite side, except objections to both the documents' request and the request for interrogatories.   Nevertheless, I did not want to approach the Court and spend the Court's precious time and resources. And, instead, decided to go ahead with the defendant's preparation of various defenses, documents and legal grounds. In this regard, I have had discussions with the defendants.

g. But, because of the intervening medical problems, I have had difficulties in continuing to research the matter fully and arrive at all facts, documents and defenses.

h. I have, after recovering and am still recovering, been conducting discussions with the defendants.

i. I only seek maximum time until Monday, the April 11, 2016, to file all the trial-related documents.

j. I shall be most thankful to the Honorable Court for this extension.

WHEREFORE, the defendants respectfully seek the extension of time and for any other and further Order, as the Court may deem just and equitable.

Dated: New York, New York

APRIL 6, 2016                                  Respectfully submitted by,

<u>By: /s/Nadi Viswanathan(nv2513)</u>
[Ganesh]Nadi Viswanathan
For Viswanathan Asia-Pacific International
Law Practice Group, P.C.
469 Seventh Avenue, 7th Floor
New York, NY 10018
Tel: (646)-450-4443
Fax: (646)-727-9765
ganeshvnus@gmail.com