UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Valentin Tapia, et al.,

                            Plaintiffs,

        -against-

Blch 3rd Ave. LLC, et al.,

                           Defendants.
---------------------------------------------------------------X

14 **CIVIL** 8529 (AJN)

**JUDGMENT**

Whereas on April 4, 2016, this Court having held a one day bench trial; on September 1, 2016, this Court having rendered a Memorandum and Order finding that BLCH has violated the FLSA and NYLL, awarding Castillo (1) $810 in unpaid minimum wages, (2) $19,589.84 in unpaid overtime, (3) $3,891 in unpaid spread of hours wages, (4) $5,000 in statutory damages and (5) $24,20.84 in liquidated damages, for a total of $53,581.69; awarding Balderas (1) $461 in unpaid minimum wage, (2) $14,156.835in unpaid overtime, (3) $1,291.25 in unpaid spread of hours wages, (4) $3,950 in statutory damages and (5) $15,908.60 in liquidated damages, for a total of $35,767.20; awarding Tapia (1) $464 in unpaid minimum wage, (2) $9,384 in unpaid overtime, (3) $750 in reimbursement for tools of the trade, (4) $1,073 in unpaid spread of hours wages, (5) $3,750 in statutory damages and (5) $11,671 in liquidated damages, for a total of $27,092; and directing Plaintiffs to submit any appropriate request for interest, fees, and costs; Plaintiffs subsequently moved for attorney's fees and costs, and the matter having come before the Honorable Alison J. Nathan, and the Court on August 23, 2017, having rendered its Memorandum and Order awarding $19,872.50 in attorney's fees and $2,250 in costs to the plaintiffs, that no application for interest was made, and directing the Clerk of the Court to enter judgment consistent with this Order and with the Court's September 1, 2016 Order and to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 23, 2017 and Memorandum and Order dated September 1, 2016, the Court finds that BLCH has violated the FLSA and NYLL; the Court awards Castillo (1) $810 in unpaid minimum wages, (2) $19,589.84 in unpaid overtime, (3) $3,891 in unpaid spread of hours wages, (4) $5,000 in statutory damages, and (5) $24,290.84 in liquidated damages, for a total of $53,581.69; the Court awards Balderas (1) $461 in unpaid minimum wages, (2) $14,156.35 in unpaid overtime, (3) $1,291.25 in unpaid spread of hours wages, (4) $3,950 in statutory damages, and (5) $15,908.60 in liquidated damages, for a total of $35,767.20; the Court awards Tapia (1) $464 in unpaid minimum wages, (2) $9,384 in unpaid overtime, (3) $750 in reimbursement for tools of the trade, (4) $1,073 in unpaid spread of hours wages, (5) $3,750 in statutory damages, and (6) $11,671 in liquidated damages, for a total of $27,092; the Court further awards $19,872.50 in attorney's fees and $2,250 in costs to Plaintiffs; accordingly, this case is closed.

**DATED:** New York, New York
August 25, 2017

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 8/25/2017