# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALENTIN TAPIA, ROMULO RICANO BALDERAS, and EUFEMIA CASTILLO, *individually and on behalf of others similarly situated*, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. **14-cv-8529 (AN)** |
| -against- | ) ) | |
| BLCH 3RD AVE. LLC. (d/b/a BRICK LANE CURRY HOUSE), AJIT BAINS, and SATINDER SHARMA, | ) ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Valentin Tapia, Romulo Ricano Balderas, and Eufemia Castillo, plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on August 25, 2017.

Date:  August 29, 2017
        New York, NY

                                                Michael Faillace & Associates, P.C.

                                  By:    /s/ Michael Faillace
                                            Michael Antonio Faillace
                                            Michael Faillace & Associates, P.C.
                                            60 East 42nd Street, Suite 2540
                                            New York, New York 10165
                                            Telephone: (212) 317-1200
                                            Facsimile: (212) 317-1620
                                            michael@faillacelaw.com